UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.T. SHANNON,<br><br>        Plaintiff,<br><br>   v.<br><br>C. ROJAS, *et al.*,<br><br>        Defendants. | Case No.  2:22-cv-01556-WBS-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION, GRANTING PLAINTIFF THIRTY DAYS TO FILE AN AMENDED COMPLAINT, AND HOLDING THE FEBRUARY 6, 2023 FINDINGS AND RECOMMENDATIONS IN ABEYANCE<br><br>ECF Nos. 10 & 11 |

On November 7, 2022, I notified plaintiff that his complaint did not state a claim and granted him thirty days to file an amended complaint. ECF No. 6. I also warned plaintiff that failure to comply with the November 7 order may result in dismissal of this action. *Id*. at 4. Plaintiff did not file an amended complaint. Accordingly, on December 22, 2022, I ordered him to show cause within twenty-one days why this action should not be dismissed. ECF No. 9. I notified him that if he wished to continue with this action he must file, within twenty-one days, an amended complaint. I again warned him that failure to comply with the December 22 order would result in a recommendation that this action be dismissed. *Id.* Plaintiff did not file an amended complaint or otherwise respond to the December 22 order. Thus, on February 6, 2023, I recommended that this action be dismissed for failure to prosecute, failure to comply with court

1

orders, and failure to state a claim.  ECF No. 10.  I granted plaintiff fourteen days to file objections.  *Id.*

On February 21 and 22, 2023, plaintiff filed a motion requesting an extension of time to respond to the order to show cause.  ECF Nos. 11 & 12.  In the motion, he states that he is legally blind and needs an additional thirty days to obtain medical records.  In light of plaintiff's filing and his status as a pro se plaintiff, I will grant him one final opportunity to file an amended complaint.  Should he again fail to file an amended complaint, the February 6, 2023 findings and recommendations will be submitted to the district judge for consideration.

Accordingly, it is hereby ORDERED that:

1. The February 6, 2023 findings and recommendations, ECF No. 10, are held in abeyance.

2. Plaintiff's motions for an extension of time, ECF Nos. 11 & 12, are granted.

3. Plaintiff shall file an amended complaint within thirty days of the date of this order.

4. Should plaintiff fail to file an amended complaint within thirty days, the February 6, 2023 findings and recommendations will be submitted to the district judge for consideration.

IT IS SO ORDERED.

Dated:   February 26, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2