## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**M. T. SHANNON,**

CASE NO: **2:22–CV–01556–WBS–JDP**

v.

**C. ROJAS, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/25/23**

**Keith Holland**
Clerk of Court

ENTERED: **August 25, 2023**

by: /s/ A. Benson
Deputy Clerk